ACCEPTED
12-15-00150-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/19/2015 4:27:52 PM
CATHY LUSK
CLERK

Appellate Docket Number:  12-15-00150-CR

Appellate Case Style: Style:  Tarayshus Nijell Thompson

Vs.  State of Texas

Companion Case:

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/19/2015 4:27:52 PM

CATHY S. LUSK
Clerk

Amended/corrected statement:  ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:  12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Tarayshus | ☒ Lead Attorney |
| Middle Name: Nijell | First Name: Austin |
| Last Name: Thompson | Middle Name: Reeve |
| Suffix: Jr. | Last Name: Jackson |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: 112 E. Line |
| | Address 2: Suite 310 |
| | City: Tyler |
| | State: Texas   Zip+4: 75702 |
| | Telephone: (903) 595-6070   ext. |
| | Fax: |
| | Email: JLawAppeals@gmail.com |
| | SBN: 24046139 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Michael

Middle Name:

Last Name: West

Suffix:

☐ Appointed    ☒ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name: Smith County District Attorney

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State: Texas    Zip+4: 75702

Telephone:    ext.

Fax:

Email:

SBN:    Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Burglary

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 22 May 2015

Offense charged: Burglary of a Habitation

Date of offense: 29 August 2012

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: 19 June 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Six years' confinemt

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: 8 May 2015

Date of hearing:    ☐ NA

Date of order:    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 114th District Court

County: Smith County

Trial Court Docket Number (Cause no): 114-0681-13

Trial Court Judge (who tried or disposed of the case):

First Name: Christi

Middle Name:

Last Name: Kennedy

Suffix:

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State: Texas     Zip + 4: 75702

Telephone:     ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes ☐ No

If yes, date requested: 19 June 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: 19 June 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name: Cassie

Middle Name:

Last Name: Condrey

Suffix:

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State: Texas     Zip + 4: 75702

Telephone:     ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ⬚⬚⬚⬚⬚⬚⬚⬚ Court: ⬚⬚⬚⬚⬚⬚⬚⬚

Style: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

Vs.   State of Texas

## X. Signature

| | |
|---|---|
| Signature of counsel (or Pro Se Party) | Date: 19 June |
| Printed Name: | State Bar No: 24046139 |
| Electronic Signature: Austin Reeve Jackson | Name: |
| (Optional) | |

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ⬚⬚⬚⬚⬚⬚⬚ .

| | |
|---|---|
| Signature of counsel (or pro se party) | Electronic Signature: Austin Reeve Jackson |
| | (Optional) |
| | State Bar No.: 24046139 |

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 19 June 2015

Manner Served: eServe

First Name: Micahel

Middle Name:

Last Name: West

Suffix:

Law Firm Name: Smith County DA

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State Texas          Zip+4: 75702

Telephone:              ext.

Fax:

Email: